FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2007 JAN -9 PM 3:22

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Case No. 06-CV-02531 RPM-MEH

WILLIAM PAO WEI LIN, an individual,

Plaintiff,

v.

LIN-HEUI T. LIN, an individual;
HSIN-LEE LIN, an individual; and
HSIEH TANG SHU-LIN, an individual,

Defendants.

---

### ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND AND REPLY TO THE MOTION TO DISMISS

---

THIS MATTER having come before the Court on the parties Stipulated Motion for Extension of Time to Respond and Reply to the Defendants' Motion To Dismiss For Lack Of Personal Jurisdiction, Or, In The Alternative, To Transfer Venue To The Central District Of California [Doc. #4], and the Court having considered the Stipulation and being fully advised in the premises,

HEREBY ORDERS that Plaintiff shall have up to and including January 24, 2007 to respond to the Motion to Dismiss and Defendants shall reply on or before January 31, 2007.

DONE AND ORDERED this __9__ day of January, 2007.

_____
District Court Judge

#1215937 v1