IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02531-RPM

WILLIAM PAO WEI LIN,

    Plaintiff,

vs.

LIN-HEUI T. LIN,
HSIN-LEE LIN, and
HSIEH TANG SHU-LIN,

              Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


     The Stipulated Motion for Extension of Time to File Proposed Scheduling Order (Doc. #7) is granted.  Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, or, in the Alternative, to Transfer Venue to the Central District of California (Doc. #4) will be heard at the scheduling conference set for February 2, 2007, at 10:30 a.m.


Dated: January 12, 2007