THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-CV-02531 RPM-MEH

WILLIAM PAO WEI LIN, an individual,

Plaintiff,

v.

LIN-HEUI T. LIN, an individual;
HSIN-LEE LIN, an individual; and
HSIEH TANG SHU-LIN, an individual,

Defendants.

**ORDER GRANTING** STIPULATED MOTION TO HOLD CASE IN ABEYANCE FOR SIXTY (60) DAYS

THIS MATTER having come before the Court on the parties Stipulated Motion to Hold Case in Abeyance for Sixty (60) Days, and the Court having considered the Stipulation and being fully advised in the premises,

HEREBY ORDERS that this case shall be held in ABEYANCE until the earlier of the filing of dismissal papers or March 19, 2007. Its is

FURTHER ORDERED that the Scheduling Conference scheduled for February 2, 2007 is hereby vacated, and it is

FURTHER ORDERED that if a settlement can not be reached, Plaintiff's response to the Motion to Dismiss for Lack of Personal Jurisdiction, or, in the Alternative, to Transfer Venue to the Central District of California will be due on March 19, 2007 and Defendants' reply will be

due 15 days thereafter.

        DONE AND ORDERED this 19th day of January, 2007.

                                        s/Richard P. Matsch
                                        _____
                                        District Court Judge