IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02531-RPM

WILLIAM PAO WEI LIN,

    Plaintiff,

vs.

LIN-HEUI T. LIN,
HSIN-LEE LIN, and
HSIEH TANG SHU-LIN,,

        Defendants.

## ORDER OF DISMISSAL

Pursuant to the Motion to Dismiss This Matter with Prejudice (Doc. #18), filed on June 4, 2007, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

Dated: June 5th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge